**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX RAY COTA,<br><br>        Plaintiff,<br><br>        v.<br><br>DR. LEONARDO GIRON, et al.,<br><br>        Defendants. | No. CV 14-489-JVS(CW)<br><br>ORDER ACCEPTING REPORT AND AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action and the Report and Recommendation of the United States Magistrate Judge.  No written objections to the Report and Recommendation have been received.  The Court accepts the findings and recommendation of the Magistrate Judge.

    **IT IS THEREFORE ORDERED** that judgment be entered dismissing the action, without prejudice, for failure to prosecute and on grounds discussed in the Order filed August 13, 2014.  [Docket no. 13.]

DATED:  December 11, 2014

                                            JAMES V. SELNA<br>
                                      United States District Judge